

U. S. Department of Justice

RECEIVED Federal Bureau of Prisons

Oct 20  10 24 AM '04  Northeast Regional Office

ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

U.S. Customs House - 7th Floor
2nd and Chestnut Streets
Philadelphia, PA 19106

October 18, 2004

The Honorable Robert N. Chatigny
Chief Judge of the United States District Court
  for the District of Connecticut
Federal Building and United States Courthouse
450 Main Street
Hartford, Connecticut 06103

>    RE: SHAPOSHNIKOV, Igor
>    Register Number: 15220-014
>    Docket Number: 3:03CR194(RNC)

Dear Chief Judge Chatigny:

   Mr. Igor Shaposhnikov was sentenced in your Court to a 3-month term of confinement for Bank Fraud. At the time of sentencing, you recommended Mr. Shaposhnikov be confined at a minimum security level facility near his residence.

   During the designation process, we were aware of your recommendation. Regrettably, after review of his case, it was determined Mr. Shaposhnikov required initial designation to a low security level facility. As a citizen of Russia, he will require review by the Bureau of Citizenship and Immigration Services to determine whether deportation proceedings will be initiated. Accordingly, Mr. Shaposhnikov has been designated to the work cadre of the Metropolitan Detention Center, Brooklyn, New York, the closest appropriate facility to his residence in Brooklyn, New York.

[Margin annotation, left side:] October 27, 2004. The Clerk will docket this letter and send copies to counsel of record and U.S. Probation. So ordered. /s/ Robert N. Chatigny, U.S.D.J.



[Filing stamp: FILED 2004 NOV -1 P 2:35 DISTRICT COURT]