UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:03CR194 (RNC) |
| IGOR SHAPOSHNIKOV | : November 26, 2004 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    Respectfully submitted,

    Kevin J. O'Connor
    United States Attorney


    Christine Sciarrino
    Assistant United States Attorney
    United States Attorney's Office
    P.O. Box 1824
    New Haven, CT  06510
    Tel. (203) 821-3780
    Fax. (203) 773-5392
    Federal No. CT3393
    E-MAIL:CHRISTINE.SCIARRINO@USDOJ.GOV

<u>CERTIFICATION</u>

_____This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of November, 2004, to:

Christopher William Caldwell, Esq.
71 Lewis Street
Greenwich, CT   06836

_____
Christine Sciarrino