UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR194 (RNC) |
| IGOR SHAPOSHNIKOV | : | November 29, 2004 |

GOVERNMENT'S MOTION TO AMEND RESTITUTION ORDER
AND APPLICATION FOR WRIT OF EXECUTION

Based upon the reasons articulated in the Government's supporting memorandum, filed contemporaneously herewith, and pursuant to 18 U.S.C. § 3664(d)(5) and 28 U.S.C. § 3203, the Government respectfully requests that the portion of the Judgment and Commitment Order that pertains to restitution to Hudson United Bank be amended to indicate that the obligation was joint and several; as well as be amended to include additional victims; and further that a writ of execution be entered to permit the payment of the defendant's criminal debt in full, with funds previously seized by the Government.

                                                  Respectfully submitted,

                                                  Kevin J. O'Connor
                                                  United States Attorney

                     By:    Lisa E. Perkins
                            Assistant United States Attorney
                            Federal Bar No. ct23164
                    For:   Christine Sciarrino
                            Assistant United States Attorney
                            United States Attorney's Office
                            P.O. Box 1824
                            New Haven, CT   06510
                            Tel. (203) 821-3780
                            Fax. (203) 773-5392
                            Federal No. CT3393
                            E-MAIL:CHRISTINE.SCIARRINO@USDOJ.GOV

## CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 29th day of November, 2004, to:

Christopher William Caldwell, Esq.
71 Lewis Street
Greenwich, CT   06836

Stanford J. Bandelli, Esq.
1611 Voorhies Avenue
Brooklyn, NY   11235

                                                  _____
                                                  Lisa E. Perkins
                                                  Assistant United States Attorney
                                    For:   Christine Sciarrino
                                                  Assistant United States Attorney