196D-NH-42524    Victim Institutions for Shaposhnikov/ Iakoubtchik Investigation    10/28/2004

| Card Number | Victim Bank | Address for Restitution | Loss Amount | Misc. comments | Contact Number |
|---|---|---|---|---|---|
| 4491 6310 2107 0982 | Bank of New Hampshire | Bank of New Hampshire<br>c/o Banknorth N.A.<br>P.O. Box 9540<br>Portland, ME 04112-9540<br>Attention: Rebecca Wheeler<br>Legal Department | $500.00 | | Rebecca Wheeler<br>207-761-8698 |
| 5461 3500 0002 3309 | ASECU | Associated School Employees Credit Union<br>1690 South Canfield-Niles Road<br>Youngstown, OH 44515<br>Attention: Loretta Boyk | $500.00 | | Loretta Boyk<br>330-792-4000 |
| 4139 0000 0017 5568 | Industrial Federal Credit Union | Industrial Federal Credit Union<br>1115 Sagamore Parkway South<br>Lafayette, IN 47905<br>Attention: Ila Cooper | $100.00 | | Ila Cooper<br>765-771-8024 |
| 4152 3470 1347 6786 | First Merit Bank | First Merit Bank<br>295 Merit Circle<br>Akron, OH 44307<br>Attention: Deborah Edwards,<br>Manager, Electronic Banking<br>Internal Mailing Code: OPC805 | $300.00 | | Deborah Edwards<br>330-996-6863 |
| 4430 8100 0020 1768 | Bar Harbor Banking and Trust Company | Bar Harbor Banking and Trust Company<br>P.O. Box 1089<br>Ellsworth, ME 04605-1089<br>Attention: Richard Dickson | $440.00 | | Richard Dickson<br>207-667-7971 |
| 4451 0178 4033 0120 | First Tennessee Bank | First Tennessee Bank<br>Corporate Security<br>800 S. Gay Street<br>Knoxville, TN 37995<br>Attention: L.D. Moree | $40.00 | | L.D. Moree<br>865-971-2603 |

Exhibit A

196D-NH-42524     Victim Institutions for Shaposhnikov/ Iakoubtchik Investigation     10/28/2004

| Card Number | Victim Bank | Address for Restitution | Loss Amount | Misc. comments | Contact Number |
|---|---|---|---|---|---|
| 4190 0242 2292 3650 | U.S. Bank | U.S. Bank Corporate Security<br>Attention: Mike Scalici<br>811 East Wisconsin Avenue<br>Juneau Square, Rm. 135N<br>Milwaukee, WI 53217<br>(Ref. Checking acct<br>#198470008075)(IA) | $960.00 | | Christy Lohse<br>612-303-7873 |
| 4432 6428 3160 1801 | U.S. Bank | U.S. Bank Corporate Security<br>Attention: Mike Scalici<br>811 East Wisconsin Avenue<br>Juneau Square, Rm. 135N<br>Milwaukee, WI 53217<br>(Ref. Checking acct<br>#258356328)(WI) | $760 | | Christy Lohse<br>612-303-7873 |
| 4802 0943 3005 3419 | U.S. Bank | U.S. Bank Corporate Security<br>Attention: Gerald Rowland<br>721 Locust Street<br>P.O. Box 524, SL-MO-L1CB<br>St. Louis, MO 63101<br>(Ref. Checking acct<br>#146590069145)(KS) | $260.00 | | Christy Lohse<br>612-303-7873 |
| 4190 0230 0701 7498 | U.S. Bank | U.S. Bank Corporate Security<br>Investigations<br>Attention: Jim Ghelfi<br>P.O. Box 40188<br>Portland, OR 97240<br>(Ref. Checking acct<br>#133403658270)(MT) | $980.00 | | Christy Lohse<br>612-303-7873 |

196D-NH-42524    Victim Institutions for Shaposhnikov/ Iakoubtchik Investigation    10/28/2004

| Card Number | Victim Bank | Address for Restitution | Loss Amount | Misc. comments | Contact Number |
|---|---|---|---|---|---|
| 4806 4000 0002 7342 | First Federal Savings Bank of Angola | First Federal Savings Bank of Angola<br>212 E. Maumee Street<br>Angola, IN 46703<br>Attention: Autumn Manahan | $800.00 | | Autumn Manahan<br>260-665-7556 Ext. 250 |
| 5516 6300 0000 3723 | Saginaw Medical Federal Credit Union | Saginaw Medical Federal Credit Union<br>P.O. Box 6160<br>Saginaw, MI 48608<br>Attention: Barb Gerkin | $120.00 | | Barb Gerkin<br>989-791-7070 Ext. 3211 |
| 4266 0905 8438 1426 | CitiBank | CitiBank<br>1 EAB Plaza<br>Uniondale, NY 11555<br>Lower Level Zone 14<br>Attention: Darren Finn | $900.00 | | Darren Finn<br>516-296-5689 |
| | | | $6,660.00 | | |

TOTAL P.02