UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED 2004 NOV 29 P 12:47 |
| VS. | Docket No. 3:03CR194 (RNC) |
| IGOR SHAPOSHNIKOV | November 29, 2004 |

### GOVERNMENT'S MOTION TO AMEND RESTITUTION ORDER AND APPLICATION FOR WRIT OF EXECUTION

Based upon the reasons articulated in the Government's supporting memorandum, filed contemporaneously herewith, and pursuant to 18 U.S.C. § 3664(d)(5) and 28 U.S.C. § 3203, the Government respectfully requests that the portion of the Judgment and Commitment Order that pertains to restitution to Hudson United Bank be amended to indicate that the obligation was joint and several; as well as be amended to include additional victims; and further that a writ of execution be entered to permit the payment of the defendant's criminal debt in full, with funds previously seized by the Government.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

By: Lisa E. Perkins
Assistant United States Attorney
Federal Bar No. ct23164
For: Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT 06510
Tel. (203) 821-3780
Fax. (203) 773-5392
Federal No. CT3393
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

FILED 2004 DEC 13 A 8:19 U.S. DISTRICT COURT HARTFORD, CT.