## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:03CR194 (RNC) |
| IGOR SHAPOSHNIKOV | : |

### WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL:

Judgment was entered in the United States District Court for the District of Connecticut on September 30, 2004 imposing a criminal fine of $500.00 and restitution in the amount of $4,280.00, and subsequently amended, imposing additional restitution in the amount of $6,660.00;

NOW THEREFORE, YOU ARE HEREBY COMMANDED to partially satisfy the judgment by levying on all funds relating to this case that were seized and are currently held by the Federal Bureau of Investigation, located at 600 State Street, New Haven, Connecticut 06510.

YOU ARE ALSO COMMANDED to collect your costs and expenses and make return of this writ within ninety (90) days of the date of the levy.

YOU ARE ALSO COMMANDED that the amount of the levy shall not exceed the amount of the defendant's debt, plus your costs and expenses.

YOU ARE ALSO COMMANDED that the levied funds shall be deposited with the Clerk of the United States District Court in satisfaction of Defendant Shaposhnikov's criminal fine and restitution obligation; and in partial satisfaction of co-defendant Iakoubtchik's criminal fine, imposed in <u>United States v. Roman Iakoubtchik</u>, docket number 3:03CR367 (RNC).

SO ORDERED.

Dated this ____ day of _____, 2004 at Hartford, Connecticut.

_____
ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE